IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| TT CLUB MUTUAL INSURANCE LTD. and PGS USA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 424-056 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY and EXPRESS SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

In light of the Court's May 15, 2025 Order staying discovery through a final ruling on the dispositive motions, (doc. no. 39), the request to stay discovery contained in the parties' joint status report is **MOOT**, (doc. no. 55). Should any portion of the case remain after resolution of the dispositive motions, the parties shall update the Court as to the status of the case in accordance with the instructions contained in the Court's May 15th Order. (Doc. no. 39.)

SO ORDERED this 20th day of June, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA