### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| TT CLUB MUTUAL INSURANCE LTD, on its own behalf and on behalf of its reinsured UK P&I CLUB N.V. and PGS USA, LLC,<br><br>    Plaintiffs,<br><br>       v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY and EXPRESS SERVICES, INC.,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CV 424-056 |

## O R D E R

Presently pending before the Court is the Parties' joint stipulation of dismissal. (Doc. 92.) The Parties represent they have reached a settlement and agree to the dismissal of Plaintiffs' Complaint in its entirety and with prejudice. (<u>Id.</u> at 1.)

All Parties signed the stipulation, so the Cout finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

ORDER ENTERED at Augusta, Georgia, this 29th day of July, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA